UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR. NO. 1:24-CR- 292 |
| | : | |
| v. | : | (Judge Mannion) |
| | : | |
| **ROBERTO RIVERA,** | : | |
| | : | |
| Defendants. | : | |

FILED
HARRISBURG, PA

**INDICTMENT**

OCT 30 2024

PER _____
DEPUTY CLERK

THE GRAND JURY CHARGES:

## COUNT 1
21 U.S.C. § 841(a)(1)
(Possession with Intent to Distribute a Controlled Substance)

On or about March 21, 2024, in York County, within the Middle District of Pennsylvania, the defendant,

**ROBERTO RIVERA,**

did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

### COUNT 2
21 U.S.C. § 841(a)(1)
(Possession with Intent to Distribute a Controlled Substance)

On or about March 21, 2024, in York County, within the Middle District of Pennsylvania, the defendant,

**ROBERTO RIVERA**,

did knowingly and intentionally possess with intent to distribute marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

A TRUE BILL

GERARD M. KARAM
United States Attorney

FOREPERSON

MARK G. MONROE
Special Assistant U.S. Attorney

10/30/2024
Date

2